UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

VINCENT D. BOWERS,

                Plaintiff,

-v.-

LAW OFFICE of COHEN &
SLAMOWITZ, LLP.,

                Defendants.

**INDEX OF DOCUMENTS**

Civil Action No.: 1:13-CV-00186 (JTC)

---

    **Exhibit A** – Summons and complaint, the original of which was filed in the Erie County Clerk's Office on or about January 25, 2013.

    **Exhibit B** – Affidavit of Service provided by plaintiff's attorney.

    **Exhibit C** – Notice of Filing Removal Petition dated February 21, 2013.

Dated: February 25, 2013

Respectfully submitted,

**SMITH, SOVIK, KENDRICK & SUGNET, P.C.**

_____

Daniel R. Ryan, Esq.
Bar Roll No.: WD0017127
*Attorneys for Defendant Cohen & Slamowitz*
250 South Clinton Street, Suite. 600
Syracuse, New York 13202
Telephone: (315) 474-2911
Facsimile: (315) 474-6015
Email: DRyan@smithsovik.com

TO:   Christopher E. Lestak, Esq.
      Law Office of Christopher Lestak
      *Attorney for Plaintiff*
      1380 Amherst Street
      Buffalo, New York 14216
      (716) 863-9730